208 So.2d 327

**STATE of Louisiana**

**v.**

**Louis FLANAGAN.**

**No. 49179.**

April 1, 1968.

Application denied. This court will not interfere with the orderly trial of criminal matters save only on a showing of a clear abuse of discretion by the trial judge which does not appear from the application filed herein. Applicant has a remedy by appeal in the event of conviction.